NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIN PICHE-PITTS,                              )
                                               )
                 Appellant,                    )
                                               )
v.                                             )       Case No. 2D18-1303
                                               )
STATE OF FLORIDA,                              )
                                               )
                 Appellee.                     )
                                               )
_____)

Opinion filed February 1, 2019.

Appeal from the Circuit Court for Polk
County; Mark Carpanini, Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Marilyn Muir Beccue,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                 Affirmed.


KELLY, KHOUZAM, and LUCAS, JJ., Concur.